UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
TATPONG KAEWJINO, JONATAN MORENO, :
and DEVPAUL DHARAMRAJ, individually and :
on behalf of others similarly situated, :
:
                                          Plaintiffs, :
:
           -against- :
:
:
MOKBAR II, LLC (d/b/a Mokbar), MOKBAR :
LLC (d/b/a Mokbar), ESTHER CHOI, JESSICA :
PARK, ROBERT KODA, and JONATHAN :
KAVOURAKIS, :
:
                                          Defendants. :
-------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/20/2018

18-CV-1558 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

      WHEREAS on August 16, 2018 (Dkt. 35), the parties notified the Court that they reached a settlement in principle;

      IT IS HEREBY ORDERED THAT all deadlines and court conferences previously scheduled in this matter are CANCELLED.

      IT IS FURTHER ORDERED THAT this action will be dismissed without costs (including attorneys' fees) to either party on **September 21, 2018,** unless before that date one or more of the parties files a letter with the Court requesting that the action not be dismissed and stating the reasons why the Court should retain jurisdiction over this action in light of the parties' settlement. To be clear, any request that the action not be dismissed **must** be filed **on or before September 21, 2018**; any request filed thereafter may be denied solely on that basis.

      If the parties wish for the Court to retain jurisdiction over their settlement agreement, not later than **September 14, 2018**, they must submit the settlement agreement to the Court in

accordance with Rule 5.A of the Court's Individual Practices, along with a request that the Court issue an order expressly retaining jurisdiction to enforce their settlement agreement. *See Hendrickson v. United States*, 791 F.3d 354 (2d Cir. 2015).

**SO ORDERED.**

Date: August 20, 2018
New York, New York

_____
**VALERIE CAPRONI
United States District Judge**