UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
TATPONG KAEWJINO, JONATAN MORENO,
and DEVPAUL DHARAMRAJ, individually and
on behalf of others similarly situated,

                            Plaintiffs,

          -against-

MOKBAR II, LLC (d/b/a Mokbar), MOKBAR
LLC (d/b/a Mokbar), ESTHER CHOI, JESSICA
PARK, ROBERT KODA, and JONATHAN
KAVOURAKIS,

                           Defendants.
-------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/13/2018

18-CV-1558 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

      WHEREAS on August 16, 2018 (Dkt. 35), the parties notified the Court that they reached a settlement in principle; and

      WHEREAS this case involves claims arising under the Fair Labor Standards Act ("FLSA"); and

      WHEREAS on September 4, 2018 (Dkt. 37), the parties submitted their settlement agreement to the Court for review pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206 (2d Cir. 2015);

      IT IS HEREBY ORDERED THAT the parties' settlement is APPROVED. The Court finds that the settlement is fair and reasonable. The Court notes, however, that the attorneys' fees in this settlement, which are more than two times the lodestar amount, are at the outer range of what the Court would ordinarily find to be reasonable.

This case is DISMISSED.  The Clerk is respectfully directed to terminate all open motions and to close the case.

**SO ORDERED.**

Date:  **September 13, 2018**     **VALERIE CAPRONI**
       **New York, New York**      **United States District Judge**